**Opinion issued October 14, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00791-CV

————————————

## IN RE REINALDO J. AGUIAR MARCANO, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Reinaldo J. Aguiar Marcano has filed an amended petition for writ of mandamus complaining of the trial court's verbal orders, refusing to rule on pending motions, and failing to sign a written order.[1]  We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a).  We dismiss any pending motions as moot.

## PER CURIAM

Panel consists of Chief Justice Adams and Justices Morgan and Dokupil.

---

[1]     The underlying case is *In the Matter of G.E and R.J.A.*, cause number 25-DCV-328112, pending in the 387th District Court of Fort Bend County, Texas, the Honorable Oscar Telfair III presiding.